UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOSES JESUS DURON,

    Plaintiff,

  v.

KEVIN YAU, et al.,

    Defendants.

Case No. 15-cv-01908-YGR (PR)

**JUDGMENT**

    For the reasons set forth in this Court's Order of Dismissal Without Prejudice,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

Dated: November 18, 2015

_____
YVONNE GONZALEZ ROGERS
United States District Judge